

UNITED STATES
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Philadelphia District Office
Hearings Unit

801 Market Street, Penthouse, Suite 1300
Philadelphia, PA  19107
215-440-2800
TTY 215-440-2610
FAX 215-440-2805

_____

| | | |
|---|---|---|
| DonnaMarie Kaminsky, | : | |
| Complainant, | : | EEOC Hearing Nos. |
| | : | 532-2018-00015X |
| v. | : | 532-2018-00102X |
| | : | |
| Robert Wilkie, Secretary | : | Agency Case Nos. |
| US Department of Veterans Affairs. | : | 200H-0541-2016104236 |
| Agency | : | 200H-0541-2017103832 |
| | : | |
| | : | October 5, 2018 |
| | : | |

_____

## ORDER OF DISMISSAL

**NOTICE** is hereby given that the above-captioned cases before the Commission are dismissed based on the Complainant's withdrawal of her request for hearing.  (*See attached*).  The Agency should issue the final decision based on the record within 60 days pursuant to 29 C.F.R. §1614.110(b).

TO THE AGENCY:  This office is no longer returning our copy of the Report of Investigation to the Agency.   *See 29 C.F.R. §1614.109(i)*.  We will hold the Report of Investigation for 60 days, during which time the Agency may arrange for its retrieval by calling 215-440-2800 and providing us with an express mail account number.  If we do not hear from the Agency within 60 days, we will destroy our copy of the Report of Investigation.

**It is so ORDERED.**

For the Commission:  *[signature: Julie Procopiow Todd]*

_____
Julie Procopiow Todd
Senior Administrative Judge

EXHIBIT 3

CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing Order of Dismissal within five (5) calendar days after the date it was sent *via* first class mail.  I certify that the foregoing Order of Dismissal was sent this day by regular mail or email to the following:

James D. Jindra, District Manager
Office of Resolution Management
Department of Veterans Affairs
151 Knollcroft Road, Bldg. 16
Lyons, NJ  07939
(*via* regular mail only)

Edward L. Gilbert, Esq.
(egilbert@edwardlgilbert.com)

Amber Grogan, Esq.
Arlene T. Shively, Esq.
Office of Regional Counsel
Department of Veterans Affairs
(amber.grogan@va.gov; arlene.shively@va.gov)


October 5, 2018
_____       _____
Date                                                                  Julie Procopiow Todd
                                                                             Senior Administrative Judge