# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DONNAMARIE KAMINSKY ) | CASE NO.: 5:19 cv 00020 |
| ) | |
| Plaintiff, ) | JUDGE SARA LIOI |
| ) | |
| v. ) | |
| ) | |
| ROBERT WILKIE, SECRETARY ) | **NOTICE OF SERVICE** |
| U.S. DEPARTMENT OF VETERANS ) | |
| AFFAIRS ) | |
| ) | |
| Defendant. ) | |

Now comes Plaintiff, DonnaMarie Kaminsky, by and through the undersigned counsel, and gives notice that on October 2, 2019 she served Defendant with Plaintiff's Second Set of Interrogatories and Third Request for Production of Documents via electronic mail.

                       Respectfully submitted,

                       **EDWARD L. GILBERT CO., LPA**

                       /s/  Edward L. Gilbert
                       Edward L. Gilbert (0014544)
                       One Cascade Plaza, Suite 825
                       Akron, Ohio 44308
                       (330) 376-8855 Telephone
                       (330) 376-8857 Fax
                       egilbert@edwardlgilbert.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on October 2, 2019.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Edward L. Gilbert
Edward L. Gilbert (0014544)