IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONNAMARIE KAMINSKY, | ) | CASE NO.: 5:19CV0020 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT WILKIE, SECRETARY | ) | NOTICE OF SERVICE OF |
| U.S. DEPARTMENT OF VETERANS | ) | NOTICE OF DEPOSITION |
| AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

Please take notice that on this 25th day of November 2019, Defendant Robert Wilkie, Secretary U.S. Department of Veterans Affairs served a Notice of Deposition upon DonnaMarie Kaminsky by regular U.S. mail, postage prepaid and by electronic mail, in care of Edward L. Gilbert, One Cascade Plaza, Suite 825, Akron, Ohio 44308. The deposition will take place on December 4, 2019 at the offices of Edward L. Gilbert, One Cascade Plaza, Suite 825, Akron, Ohio.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: */s/ Brendan F. Barker*
Brendan F. Barker (IL: 6299039)
James R. Bennett II (OH: 0071663)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3795/3988
(216) 522-4982 (facsimile)
Brendan.Barker@usdoj.gov
James.Bennett4@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, the foregoing Notice of Service of Notice of Deposition was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Brendan F. Barker*
                                                Brendan F. Barker
                                                Assistant U.S. Attorney